Robert L. Horning  
Nancy Wright-Horning  
482 E. Tulane Road  
Columbus, Oh 43202  

Date:   7/30/2013

Regarding:  Horning, Robert L.  
Invoice No:   17213

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/13/2013 | JMM | Received and responded to email regarding new employment and car issues | 0.30 | $325.00 | $97.50 |
| 2/19/2013 | JMM | Respond to Bob's email regarding authority to buy a car and the ATID process. | 0.20 | $325.00 | $65.00 |
| 3/13/2013 | AJ | Uploaded amended wage order | 0.15 | $95.00 | $14.25 |
| 7/30/2013 | AJ | Prepared application for additional attorney fees | 0.20 | $95.00 | $19.00 |
|  |  |  |  | Total Fees | $195.75 |
|  |  | Total New Charges |  |  | $195.75 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.35 | $95.00 |
| Judith M McInturff | 0.50 | $325.00 |